**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7367**

_____

ROBERT ALLEN BANE,

Plaintiff - Appellant,

versus

SERGEANT SPROUSE; MAJOR DAY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-95-61)

_____

Submitted: December 19, 1995          Decided: April 2, 1996

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Allen Bane, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error; Appellant has failed to demonstrate a constitutional deprivation. Accordingly, we affirm the district court's dismissal under Fed. R. Civ. P. 12(b)(6). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED